UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL CAMPBELL | * |
| | * |
| VERSUS | * |
| | * |
| VERMA SYSTEMS, INC. AND | *   No. _____ |
| XYZ INSURANCE COMPANY | * |
| | * |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Verma Systems, Inc. ("Verma"), who, without waiving any defenses permitted by Rule 12 of the Federal Rules of Civil Procedure, and reserving all other jurisdictional, procedural, and venue defenses, as well as all defenses to the merits of the action and petitions for removal of this action to this Honorable Court pursuant to 28 U.S.C. § 1331 for the following reasons:

I.

On November 12, 2020, Plaintiff Michael Campbell filed this action styled "*Michael Campbell v. Verma Systems, Inc. Et Al*", Docket Number 701586, Section 21, on the docket of the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

II.

The Parish of East Baton Rouge is within the territorial jurisdiction of the United States District Court for the Middle District of Louisiana.

III.

In said lawsuit, Plaintiff alleged, *inter alia*, that Defendant Verma violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII").

IV.

This District Court therefore has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 based upon the allegations made by Plaintiff which arise under federal law, more specifically claims for a violation of Title VII. 42 U.S.C. § 2000e-5(f)(3).

V.

The remaining claims set forth in the state court proceeding are so related to the federal question claim that they form part of the same case and controversy under Article 3 of the United States Constitution. This District Court therefore has original jurisdiction over the remaining claims set forth in the state court proceedings pursuant to supplemental jurisdiction. 28 U.S.C. §1367(a).

VI.

Defendant Verma has not yet been properly served. This Notice of Removal is filed within thirty (30) days after the attempted insufficient service of Defendant of the initial pleadings by Plaintiff. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

VII.

XYZ Insurance Company has not been served, so no consent from any additional defendants is necessary to perfect this removal pursuant to 28 U.S.C. §1446(b)(2)(A).

VIII.

In compliance with 28 U.S.C. §1446(a), copies of all process, pleadings, and orders filed in the state court action, are attached, together with an index of state court pleadings and a list of all counsel of record as **Exhibit A**.

IX.

Defendant Verma herein represents that it will give written notice of this removal to all adverse parties, and shall file a copy of the Notice of Removal with the Clerk of Court for the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, consistent with provisions of 28 U.S.C. §1446(d).

X.

Based upon the foregoing, this Court has removal jurisdiction over this action based on federal question pursuant to 28 U.S.C. § 1331 and § 1441.

WHEREFORE, Defendant Verma gives notice of the removal of this action from the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana for further proceedings. Defendant Verma further prays that this Court assume full and complete jurisdiction over this matter, that this Court enter such orders and issue such process as may be necessary to bring before it copies of all records and proceedings presently pending in the state court, that this action thereafter proceed in the United States District Court for the Middle District of Louisiana, and that Defendant Verma be granted such other and further relief to which it may be entitled.

By Attorneys,

BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 325-8700

By: /s/ Jennifer A. Hataway
W. Scott Keaty (La. Bar No. 23151)
Jennifer A. Hataway (La. Bar No. 26323)
*Attorneys for Verma Systems, Inc.*

## CERTIFICATE

I hereby certify that on May 12th, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that the same has been deposited in the United States mail, postage prepaid and properly addressed, the foregoing to the following:

Deidre K. Peterson
Peterson Law Firm, L.L.C.
102 Brunswick Court
New Orleans, LA 70131

/s/ Jennifer A. Hataway
Jennifer A. Hataway

58941194.v1