## EXHIBIT A

| DATE | PARTY | PLEADING DESCRIPTION |
|------|-------|----------------------|
| 11/12/2020 | Plaintiff | Motion to Proceed in Forma Pauperis and Affidavit |
| 11/12/2020 | Plaintiff | Order on Motion to Proceed in Forma Pauperis (unsigned) |
| 11/12/2020 | Plaintiff | Petition for Damages |
| 11/12/2020 | Plaintiff | Civil Case Reporting Form |
| 11/12/2020 | Plaintiff | Cover Letter |
| 11/12/2020 | Plaintiff | Fax Receipt |
| 11/16/2020 | Plaintiff | Motion to Proceed in Forma Pauperis and Affidavit |
| 11/16/2020 | Plaintiff | Order on Motion (signed) |
| 11/16/2020 | Plaintiff | Petition for Damages |
| 11/16/2020 | Plaintiff | Civil Case Reporting Form |
| 11/16/2020 | Plaintiff | Cover Letter |
| 12/07/2020 | Court | Citation |
| 12/10/2020 | Court | Citation - Due and Diligent |
| 01/05/2021 | Plaintiff | Motion and Order to Withdraw as Counsel of Record (signed) |
| 01/05/2021 | Plaintiff | Cover Letter |
| 02/02/2021 | Plaintiff | Motion to Enroll as Counsel of Record (signed) |
| 02/02/2021 | Plaintiff | Letter Requesting Service |
| 02/04/2021 | Court | Citation |
| 02/06/2021 | Court | Citation - Due and Diligent |
| 04/20/2021 | Plaintiff | Letter Requesting Service |
| 04/20/2021 | Court | Citation |
| 04/28/2021 | Court | Citation - Personal Service |
| 04/29/2021 | Plaintiff | Service Return Fee – Verma Systems Inc. |

## COUNSEL OF RECORD

W. SCOTT KEATY (# 23151)
Scott.keaty@butlersnow.com
JENNIFER A. HATAWAY (#26323)
Jennifer.hataway@butlersnow.com
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Phone:  (225) 325-8700
Fax:     (225) 325-8800

ATTORNEYS FOR DEFENDANT,
VERMA SYSTEMS, INC.

DEIDRE K. PETERSON (#25823)
dpetersonjefferson@gmail.com
Peterson Law Firm, L.L.C.
102 Brunswick Court
New Orleans, LA 70131
Phone:  (504) 452-6240

ATTORNEYS FOR PLAINTIFF,
MICHAEL CAMPBELL

58953084.v1

EAST BATON ROUGE PARISH   C-701586
Filed Nov 12, 2020 3:27 PM        21/D
Deputy Clerk of Court

_____ *  _____ **JUDICIAL DISTRICT COURT**

VS.                     *  **DOCKET NUMBER:** _____ **Div.** ____

_____ *  _____ **PARISH, LOUISIANA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**In Forma Pauperis Affidavit**
**All questions must be answered in full.**

**Note:** Questions 2 and 3 should not be filled in if you are seeking protection from abuse.

1. Your Full Name: Michael John Campbell

Social Security Number (Optional) ▉▉▉▉-0459   Date of Birth: 11-23-

Age: 43 _____   Sex: M

2. Address: 711 West St Peter St. New Iberia, LA   70560
   (Box Number or Street Address)   (City and State)   (Zip Code)
   (See Note above)

3. Telephone Number(s): (Home) 337-326-1251  (Work) _____
   (See Note above)

4. Are you a Student? ___ Yes ___ No  If yes, please indicate the name of the school you are attending: _____ Enrollment Status: _____

5. Current Household:
   Single ✓ Married: ___ Separated: ___ Divorced: ___ Widowed: ___ Intimate partner: ___
   How many children do you support who are under 18? 4
   How many children live with you? 0  Do you have any other dependents? NO
   State the Name, Age and Relationship to you of the children and dependents:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| S Campbell | 15 | Son |
| Campbell | 14 | Son |
| E Campbell | 11 | Daughter |
| a Campbell | 18 mths | Daughter |

6. What is your current Occupation? Agriculture,  Are you employed? ✓ Yes ___ No
   (If yes, please complete the following Employer Information)
   Name of Employer: Gourmet Mushroom
   Address: 711 West St Peter St New Iberia, LA   70560
   (Street Address)   (City and State)   (Zip Code)
   Telephone Number: 337-326-1251  How long have you been employed? Self 2 mos

   (If you are not employed, please provide information of your last employer)
   Name of last employer: CBM Technology
   Address: _____ Breaux Bridge, LA   70517
   (Street Address)   (City and State)   (Zip Code)
   How long have you been unemployed? 2 wks
   What were your monthly wages? $3200.00

7. Gross Income: (a) State your gross earned income form wages and how you are paid:
   Weekly? ✓ Bi-weekly? ___ Monthly? ___ Amount/month $ _____

   (b) Apart from income or support listed in response to question 8(b) below, how much other income do you receive on a monthly basis? $ 6

   (c) Monthly Deductions: Federal Income Tax: $ 0  FICA: $ 0  $ 0

   (d) Other deductions: (explain) 0

   **TOTAL NET MONTHLY INCOME: (Add question 7 (a) + (b) less (c))** $ 480.00

**8(a). If you are married and live with a spouse, please answer:**

Is your spouse employed? _____ What is the occupation of your spouse: _____

Is your spouse paid Weekly?___ Bi-weekly?___ Monthly?___ Amount/month $ _____

Name of spouse's employer: _____

Address: _____

     (Street Address)         (City and State)         (Zip Code)

Telephone Number: _____ How long has spouse been employed? _____

**8(b). Do you or your spouse receive any of the following income or support?** _____ YES _____ NO

If yes, state the monthly amount. SSI: $ _____ . _____ Disability: $ _____

Worker's Comp: $ _____ Unemployment Benefits: $ _____

Food Stamps: $ _____ TANF: $ _____ Child Support: $ _____

Spousal Support: $ _____ Kinship Care Subsidy Grant: $ _____ Other $_____

If you are a client of a legal services program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from a legal services program and have a combined income from questions 7 and 8 that is less than or equal to 125% of the federal poverty level, skip all parts of question 9, and continue with question 10 on the next page.

**9. Do you own or have an interest in any of the following? (including community property)**

**A.**

| | VALUE | BALANCE OWED |
|---|---|---|
| HOUSE | $ | $ |
| AUTOMOBILE | $ | $ |
| TRUCK | $ | $ |
| WATER CRAFT | $ | $ |
| LIVESTOCK | $ | $ |
| MACHINERY | $ | $ |
| STOCKS | $ | |
| BONDS | $ | |
| CERTIFICATES OF DEPOSIT | $ | |
| OTHER IMMOVABLE PROPERTY | Equity $ | Debt $ |

DO YOU HAVE A BANK ACCOUNT(S)? _____ YES _____ NO   Amount in account(s): $ — 267.00

___ CHECKING ___ SAVINGS  Name and Location of Bank: CHASE / LAFAYETTE

TOTAL VALUE OF ASSETS: $ — 267.00

**B. i. List you Monthly Expenses:**

| Rent: | $ | Cable: | $ 84.00 | Car Note: | $ 250.00 |
|---|---|---|---|---|---|
| Lot Rent: | $ | Garbage: | $ | Car Insurance: | $ 250.00 |
| House Note: | $ | Medical Insurance: | $ | Transportation Gas: | $ 120.00 |
| House Insurance: | $ | Medical Expenses: | $ | Food: | $ 50.00 |
| Gas: | $ 35.00 | Dental Expenses: | $ | Barber/Beauty: | $ |
| Electricity: | $ 75.00 | Prescriptions: | $ | Entertainment: | $ |
| Water: | $ 40.00 | Life Insurance: | $ | Grooming Supplies: | $ |
| Telephone: | $ 250.00 | Daycare: | $ | Garnishment: | $ |
| Property taxes: | $ | Child Support: | $ 1100.00 | Other: | $ |
| Support for children other than those of this marriage: $ | | | | | |

Total amount of section i:                   $ 2,254.00

**ii. Credit cards: (List type of card and monthly payment)**

| Card Name | Monthly Payment |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

Total amount of section ii:         $ 0

**iii. Financial Loans: (List the financial institution and you monthly payment)**

| Financial Name | Monthly Payment |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

Total amount of section iii:         $ 0

**TOTAL MONTHLY EXPENSES: (Add 9B (i+ii+iii) = Total Monthly Expenses)** $ 2,254.00

**10. Does anyone regularly help you pay your expenses?**                    YES ____ NO

(a) If yes, state that person's name and relationship to you.

Name: _____ Relationship: _____

(b) Do you have any additional income or assets that are not shown above?    YES ____ NO

If you answered yes to either (a) or (b), please explain:

_____

_____

**11. If you have an attorney, what arrangements have you made to pay your attorney's fee?**
What amount, if any, have you paid? (You are required to answer fully.)

Proceeds from the case

_____

**12. Has your attorney or the Notary Public told you that you may go to jail if you intentionally give a false answer to any of the above questions?**                    ____ YES ____ NO

## MOVER'S AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF ST. LANDRY**

BEFORE ME, the undersigned authority personally came and appeared:

*Michael J. Campbell*

who after being duly sworn, deposed and said:

1. He/She provided the information above; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefore.

2. That the above information is a true and correct statement of his/her financial condition.

3. That the pleading and all allegations of fact therein are true and correct; and that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, not is he/she able to provide security therefore.

4. He/She has read and understands the privilege contained in the notice below.

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs, SHOULD JUDGMENT BE RENDERED AGAINST YOU, YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.

The privilege to proceed *IN FORMA PAUPERIS* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding *in forma pauperis* if he/she is entitled to do so.

_____
Mover's Signature

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in Opelousas, Louisiana, this
____ day of October _____, 20 20.

_____
NOTARY PUBLIC

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ST. LANDRY**

BEFORE ME, Notary, personally came and appeared _Lindsey Stanford_ .

who, being duly sworn, deposed:

That he/she knows _Michael J. Campbell_ , the plaintiff in the above

and foregoing petition, and that he/she knows of plaintiff's financial condition and he/she firmly believes that the

plaintiff is unable to pay the costs of this case in advance or as they accrue, or to give bond for the payment of

these costs.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me, Notary, on this _13th_ day of

_October_ , 20 _20_.

_____
NOTARY PUBLIC

## MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner, Michael J. Campbell is a citizen of the State of Louisiana and desires
to avail him/her of the benefits provided by law, especially the Louisiana Code of Civil
Procedure, Articles 5181-5188, as amended, and begs leave of this court to proceed in forma
pauperis.

Mover further alleges that he is without means to pay costs in this action, either in
advance or as they accrue, or to furnish security therefore. See attached Facts Concerning
Pauper.

WHEREFORE, PETITIONER PRAYS that this court allow him/her to proceed in forma
pauperis as provided b the laws of the State of Louisiana.

Respectfully submitted,

ALEX Z. STANFORD (Bar No. 35424)
P.O. Box 1237
535 South Court Street
Opelousas, Louisiana 70571-1237
(337) 948-4113
(337) 948-4182 (Fax)
ATTORNEYS FOR PETITIONER

## ORDER

Considering the foregoing Motion to Proceed in Forma Pauperis and attached Affidavits;

IT IS ORDERED that petitioner, Michael J. Campbell, be and is hereby permitted to file all pleadings, and appear in and prosecute or defend this action without prior payment of costs or as they accrue, and without giving bond for costs, as provided by the laws of the State of Louisiana and particularly the Louisiana Code of Civil Procedure, Articles 5181-5188.

SIGNED this _____ day of _____, _____.

_____
**DISTRICT JUDGE**

EAST BATON ROUGE PARISH   C-701586
Filed Nov 12, 2020 3:27 PM   21/D
Deputy Clerk of Court

| | | |
|---|---|---|
| MICHAEL CAMPBELL | : | CIVIL DOCKET NO._____ |
| VS. | : | 19th JUDICIAL DISTRICT COURT |
| VERMA SYSTEMS INC ET AL | : | EAST BATON ROUGE PARISH, LOUISIANA |

## ORDER

Considering the foregoing Petition for Damages and attached affidavits;

It is ORDERED that plaintiff, MICHAEL CAMPBELL, be and is hereby permitted to prosecute this action under the provisions of the Louisiana Code of Civil Procedure, Articles 5181-5188.

SIGNED this _____ day of November 2020 at Baton Rouge, Louisiana.

_____
DISTRICT JUDGE

Nov. 12. 2020  9:00AM                                      No. 1394   P. 3

EAST BATON ROUGE PARISH   **C-701586**
Filed Nov 12, 2020 3:27 PM        **21/D**
Deputy Clerk of Court

| | | |
|---|---|---|
| MICHAEL CAMPBELL | : | CIVIL DOCKET NO._____ |
| VS. | : | 19th JUDICIAL DISTRICT COURT |
| VERMA SYSTEMS INC ET AL | : | EAST BATON ROUGE PARISH, LOUISIANA |

<u>PETITION FOR DAMAGES</u>

NOW INTO COURT, through undersigned counsel, comes plaintiff, MICHAEL

CAMPBELL, a person of the full age of majority and a resident of Iberia Parish, LA, who

respectfully represents to the Court the following:

I.

Made defendants herein,

A.  VERMA SYSTEMS, INC., a local business authorized to do business in the state of

Louisiana.

B.  XYZ INSURANCE COMPANY, a local or foreign business authorized to do business in the

state of Louisiana.

II.

Plaintiff started his employment with defendant in August of 2018.  A co-worker, Keri

Seay, immediately expressed sexual interest in plaintiff.  Plaintiff communicated to Ms. Seay

that he was not interested in pursuing a romantic relationship with her.

III.

The flirting and advances from Ms. Seay did not stop, and upon learning from Ms. Seay

that she worked closely with plaintiff's superiors in the company and that she had boasted to him

about how she had someone fired who displeased her, plaintiff was fearful of retaliation and

elected to not report the harassment to those same superiors.

IV.

In September of 2018, Ms. Seay texted plaintiff indicating her desire to be friends with

benefits.  Plaintiff asked for clarification, hoping his aloofness would communicate his lack of

interest.  It was unsuccessful.

V.

In October of 2018, Ms. Seay asked plaintiff to go to the movies.  Given the fact that Ms.

Seay had refused to pick up on plaintiff's lack of interest, plaintiff was put in a difficult situation.

Rather than tell her explicitly no and risk her retaliating against him, plaintiff said yes.

### VI.

This motivated Ms. Seay to escalate her advances, and she repeatedly propositioned plaintiff for sex throughout the month of October, 2018.

### VII.

In November 2018, Donovan Mabile, the supervisor, called plaintiff into his office to talk about plaintiff's change in demeanor in the office. Out of fear of causing a problem with Ms. Seay, plaintiff denied the existence of any problems.         Shortly thereafter, plaintiff was demoted to engineer with the company due to the workload being slow.

### VIII.

The flirting and sexual advances continued on an almost daily basis until January 2019 when plaintiff started actively avoiding Ms. Seay and spending no additional time in the office than was necessary.

### IX.

By May of 2019, plaintiff was very disgruntled and felt like Ms. Seay was punishing him because he would not sleep with her. On May 22, a secretary had threatened to report plaintiff to Ms. Seay in an attempt to manipulate him, for she knew about the ongoing harassment, and plaintiff responded sharply to her. This secretary reported the incident to Donovan Mabile.

### X.

Between 2-3:00 pm on May 22, Aaron Glazer, the Vice President of the company, boasted to the office about how he had once again saved the day on a project. No additional details were provided about this project. Plaintiff responded to the boast by asking Mr. Glazer if he could work his magic on a stalled out project that had been stuck for a year. This question angered Mr. Glazer.

### XI.

Once Mr. Mabile called plaintiff in for a meeting to discuss the incident with the secretary, around 3:30 pm on May 22. Plaintiff felt like he had no alternative but to disclose the entire situation to Mr. Mabile so that he could fully understand what had happened. Mr. Mabile took the report of harassment and closed the meeting by telling plaintiff that his work product was good. The meeting concluded around 4:00 pm. By 4:15 pm, Mr. Glazer sends an email to Mr. Mabile indicating his desire to fire plaintiff.

## XII.

Plaintiff was terminated on May 23, 2019, with poor work performance cited as the reason. This was given despite the lack of any work performance related write ups during plaintiff's time with defendant.

## XIII.

Later on, after a claim was filed with the EEOC, Mr. Glazer gave as the reason for termination plaintiff's poor treatment of co-workers. Mr. Mabile denies talking to Mr. Glazer prior to the email being sent at 4:15, so there is no way that Mr. Glazer could have known about the incident with the secretary. It was discovered after plaintiff was terminated.

## XIV.

Ms. Seay enjoyed a very close relationship with both Mr. Glazer and Mr. Mabile. In fact, on the day in question, May 22, Ms. Seay had gone to lunch with Mr. Mabile. They also would go on hunting/fishing trips together. Ms. Seay also boasted that she had slept with another co-worker despite being married, a service rep named David, as well as being responsible for another co-worker being terminated in early 2019, Angela Boudreaux. There is no question Ms. Seay enjoyed a unique position of control and influence at defendant.

## XV.

Pursuant to the employee manual sexual harassment policy, employees are directed to report violation to their immediate supervisor, and this supervisor must immediately report the complaint to the president. In defendant's submission to the EEOC, they admitted to failing to follow these stated guidelines. The report of the violation was only made after plaintiff sent emails to other officers in the company.

## XVI.

The lack of evidence to support defendant's claim of rightful termination along with their failure to follow their own mandatory reporting requirements creates a prima facie case that the decision to terminate plaintiff was instead controlled and influenced by defendant's desire to protect Ms. Seay. This is a violation of Title VII as well as state and federal whistleblower statutes.

## XVII.

As a result of these wrongful actions, plaintiff suffered physical and financial injuries. Plaintiff has suffered mental anguish and traumatic stress about working around women. Plaintiff has also suffered loss of income, damage to his credit score, and is entitled to compensatory damages, punitive damages, and the recovery of reasonable attorney's fees.

## XVIII.

Plaintiff was given the right to sue by the EEOC on August 13, 2020, and as a result this action is timely.

## XIX.

Because of plaintiff's poverty and want of means, he is unable to pay the costs of this suit in advance or as they accrue, nor is able to furnish bond for said costs; therefore, plaintiff is entitled to prosecute this action under the provisions of the Louisiana Code of Civil Procedure, Articles 5181-5188.

WHEREFORE, PLAINTIFF PRAYS that defendants be served with a copy of this petition and, that after due proceedings had, that there be judgment rendered herein in favor of plaintiff, MICHAEL CAMPBELL, in amounts to be set by this Honorable Court, together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings.

PLAINTIFF FURTHER PRAYS that because of his poverty and want of means, he be permitted to prosecute this action under the provisions of the Louisiana Code of Civil Procedure, Articles 5181-5188.

Respectfully submitted,

STANFORD LAW FIRM LLC

BY: _____

Alex Z. Stanford (Bar No. 35424)
PO BOX 1237
535 South Court Street
Opelousas LA 70570
337-948-4113
337-948-4182 fax
alex@stanfordlegalfirm.com
ATTORNEY FOR PLAINTIFF
MICHAEL CAMPBELL

PLEASE SERVE DEFENDANTS:

VERMA SYSTEMS INC
(through its agent)
L. JOHN NAQUIN
8034 JEFFERSON HWY.
BATON ROUGE, LA 70809

Nov/12/2020 9:10:34 AM    ->2253893392

Nov. 12, 2020  8:59AM
EAST BATON ROUGE PARISH   C-701586
Filed Nov 12, 2020 3:27 PM         21/D
Deputy Clerk of Court

No. 1394   P. 2

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - L.A. R.S. 13:4688 and
Part G, Section 13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** MICHAEL CAMPBELL VS. VERMA SYSTEMS INC, ET AL

**Court:** 19th JDC          **Docket Number:** _____

**Parish of Filing:** EAST BATON ROUGE PARISH     **Filing Date:** November 12, 2020

**Name of Lead Petitioner's Attorney:** Alex Z. Stanford

**Number of Named Petitioners:** 1     **Number of Named Defendants:** 2

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| ___ Auto: Personal Injury | ___ Auto: Property Damage |
| ___ Auto: Wrongful Death | ___ Auto: Uninsured Motorist |
| ___ Asbestos: Property Damage | ___ Asbestos: Personal Injury/Death |
| ___ Product Liability | ___ Premise Liability |
| ___ Intentional Bodily Injury | ___ Intentional Property Damage |
| ___ Intentional Wrongful Death | ___ Unfair Business Practice |
| ___ Business Tort | ___ Fraud |
| ___ Defamation | ___ Professional Negligence |
| ___ Environmental Tort | ___ Medical Malpractice |
| ___ Intellectual Property | ___ Toxic Tort |
| ___ Legal Malpractice | _X_ Other Tort (describe below) |
| ___ Other Professional Malpractice | ___ Class Action (nature of case) |
| ___ Maritime | |
| ___ Wrongful Death | |
| ___ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Please see Petition for Damages

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Stanford Law Firm                    Signature _____
Address: P.O. Box 1237, Opelousas, Louisiana 70570     April M. Joseph, Paralegal to Stanford Law Firm
Phone Number: (337) 948-4113
Email Address: stanfordlawcorp@gmail.com

EAST BATON ROUGE PARISH   **C-701586**
Filed Nov 12, 2020 3:27 PM   **21/D**
Deputy Clerk of Court



**STANFORD LAW FIRM**
**ATTORNEYS AT LAW**
**P.O. Box 1237**
**535 SOUTH COURT STREET**
**OPELOUSAS, LA  70571-1237**
Telephone: (337) 948-4113
Fax: (337) 948-4182
Email:  Stanfordlawcorp@gmail.com

November 12, 2020

**Via Fax: 225-389-3392**
**and U.S. Mail:**
19th Judicial District Court
300 North Blvd.
Baton Rouge, LA 70801

                    **Re:**    *Michael Campbell vs. Verma Systems Inc, Et Al*
                              *19th JDC, East Baton Parish*

Dear Sir:

        Please file the enclosed Petition for Damages, into the court records and return a file-stamped copy of same to me. Also, please find attached In Forma Pauperis Affidavits.

        Additionally, please have the defendants served according to the service instructions and advise me of the dates and types of service perfected.

        Furthermore, the original Petition for Damages will follow by U.S. Mail.

        Thanking you for your assistance herein and with kind regards, I remain

                        Very truly yours,

                        *ALEX Z. STANFORD*

AZS/amj
*Enclosures*

TX Result Report

P 1
11/12/2020 16:18
Serial No. A9HG011004529
TC: 350518

| Addressee | Start Time | Time | Prints | Result | Note |
|-----------|-----------|------|--------|--------|------|
| 913379484162 | 11-12 16:18 | 00:00:22 | 001/001 | OK | |

Note   TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
DDB:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CONF:CONF,
FWD:Forward, PC:PC-FAX, 8ND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-Code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
IPADR:IP Address Fax, I-FAX:Internet Fax

Result   OK: Communication OK, S-OK: Stop Communication, PU-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer
Refuse: Receipt Refused, Busy: Busy, M-Full: Memory Full, LOVR: Receiving length Over,
POWR: Receiving page Over, FIL: File Error, DC: Decode Error, MDN: MDN Response Error,
DSN: DSN Response Error, PRINT: Compulsory Memory Document Print,
DEL: Compulsory Memory Document Delete, SEND: Compulsory Memory Document Send.



## Doug Welborn
Clerk of Court
19th Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

**FAX RECEIPT**

**FROM: SUIT ACCOUNTING DEPARTMENT**                    **Date: NOVEMBER 12, 2020**

**FAX NUMBER: (225) 389-3392**                              **Suit No.: C-701586**

**To: ALEX STANFORD**                                              **Section: 21/D**

**MICHAEL CAMPBELL VS  VERMA SYSTEMS INC, ET AL**

Total Amount Due (includes all applicable fees below) $5.50

| | |
|---|---|
| 901-COVER LETTER | -1 PAGE |
| 904-CIVIL CASE REPORTING FORM | 1 PAGE |
| 1002-PET- DAMAGES -CIV | 4 PAGES |
| 4029-ORD-CIV | 1 PAGE |
| 4025-MTN PAUPER-CV | 6 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 11/12/20,
document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days,
exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed
document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma
pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE
RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE
ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S)
TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING
CLERK OF THE PREVIOUS FAX FILING.**

*Ayauna Collins*

**Deputy Clerk of Court for
Doug Welborn, Clerk of Court**

Suit Accounting Dept. Form 66 Rev. 08/29/14

EAST BATON ROUGE PARISH   C-701586
Filed Nov 16, 2020 1:10 PM   21D
Deputy Clerk of Court
FAX Received Nov 12, 2020

_____  *  _____ **JUDICIAL DISTRICT COURT**

VS.  *  **DOCKET NUMBER:** _____ Div. _____

_____  *  _____ **PARISH, LOUISIANA**

**********************************************************************

**In Forma Pauperis Affidavit**
**All questions must be answered in full.**

**Note:** Questions 2 and 3 should not be filled in if you are seeking protection from abuse.

1. Your Full Name: Michael John Campbell

    Social Security Number (Optional): _____        ate of Birth: 11-23-

    Age: 43                                            Sex: M

2. Address: 711 WEST St Peter St. New Iberia, LA        705160
    (Box Number or Street Address)   (City and State)   (Zip Code)
    (See Note above)

3. Telephone Number(s): (Home) 337-326-1251   (Work) _____
    (See Note above)

4. Are you a Student? ____ Yes  ____ No   If yes, please indicate the name of the school you are
    attending: _____   Enrollment Status: _____

5. **Current Household:**
    Single ___ Married: ✓ Separated: ___ Divorced: ___ Widowed: ___ Intimate partner: ___
    How many children do you support who are under 18? 4
    How many children live with you? O   Do you have any other dependents? No
    State the Name, Age and Relationship to you of the children and dependents:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| Campbell | 15 | Son |
| Campbell | 14 | Son |
| ____ Campbell | 11 | Daughter |
| Campbell | 18 mths | Daughter |

6. **What is your current Occupation?** Agriculture,   Are you employed? ✓ Yes ___ No
    (If yes, please complete the following Employer Information)
    Name of Employer: GOURMET MUSHROOM
    Address: 711 WEST St Peter St New Iberia, LA        70560
    (Street Address)   (City and State)   (Zip Code)
    Telephone Number: 337-326-1251   How long have you been employed? Self 2 WKS

    (If you are not employed, please provide information of your last employer)
    Name of last employer: CBM Technology
    Address: _____   Breaux Bridge, LA        70517
    (Street Address)   (City and State)   (Zip Code)
    How long have you been unemployed? 2 WKS
    What were your monthly wages? $3200.00

7. **Gross Income:** (a) State your gross earned income form wages and how you are paid:
    Weekly? 120   Bi-weekly? _____ Monthly? _____ Amount/month $ _____

    (b) Apart from income or support listed in response to question 8(b) below, how much other income
        do you receive on a monthly basis?                          $   6

    (c) Monthly Deductions: Federal Income Tax: $ 0   FICA: $ 0  $ 0

    (d) Other deductions: (explain) _____ 0

    **TOTAL NET MONTHLY INCOME: (Add question 7 (a) + (b) less (c))**   $ 480.00

**8(a). If you are married and live with a spouse, please answer:**

Is your spouse employed? _____ What is the occupation of your spouse: _____

Is your spouse paid Weekly?____ Bi-weekly?____ Monthly?____ Amount/month $ _____

Name of spouse's employer: _____

Address: _____

|              |                   |            |
|--------------|-------------------|------------|
| (Street Address) | (City and State) | (Zip Code) |

Telephone Number: _____ How long has spouse been employed? _____

**8(b). Do you or your spouse receive any of the following income or support?** _____ YES _✓_ NO

If yes, state the monthly amount. SSI: $ _____ Disability: $ _____

Worker's Comp: $ _____ Unemployment Benefits: $ _____

Food Stamps: $ _____ TANF: $ _____ Child Support: $ _____

Spousal Support: $ _____ Kinship Care Subsidy Grant: $ _____ Other $ _____

If you are a client of a legal services program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from a legal services program and have a combined income from questions 7 and 8 that is less than or equal to 125% of the federal poverty level, skip all parts of question 9, and continue with question 10 on the next page.

**9. Do you own or have an interest in any of the following? (including community property)**

**A.**

| | VALUE | BALANCE OWED |
|---|---|---|
| HOUSE | $ | $ |
| AUTOMOBILE | $ | $ |
| TRUCK | $ | $ |
| WATER CRAFT | $ | $ |
| LIVESTOCK | $ | $ |
| MACHINERY | $ | $ |
| STOCKS | $ | |
| BONDS | $ | |
| CERTIFICATES OF DEPOSIT | $ | |
| OTHER IMMOVABLE PROPERTY | Equity $ | Debt $ |

DO YOU HAVE A BANK ACCOUNT(S)? _✓_ YES ___ NO Amount in account(s): $ −267.00

_✓_ CHECKING ___ SAVINGS Name and Location of Bank: Chase / Lafayette

**TOTAL VALUE OF ASSETS: $ −267.00**

**B. i. List you Monthly Expenses:**

| | | | | | |
|---|---|---|---|---|---|
| Rent: | $ | Cable: | $ 84.00 | Car Note: | $ 250.00 |
| Lot Rent: | $ | Garbage: | $ | Car Insurance: | $ 250.00 |
| House Note: | $ | Medical Insurance: $ | | Transportation (Gas) | $ 30.00 |
| House Insurance: $ | | Medical Expenses: $ | | Food: | $ 50.00 |
| Gas: | $ 35.00 | Dental Expenses: | $ | Barber/Beauty: | $ |
| Electricity: | $ 75.00 | Prescriptions: | $ | Entertainment: | $ |
| Water: | $ 40.00 | Life Insurance: | $ | Grooming Supplies: | $ |
| Telephone: | $ 250.00 | Daycare: | $ | Garnishment: | $ |
| Property taxes: | $ | Child Support: | $ 1100.00 | Other: | $ |
| Support for children other than those of this marriage: $ | | | | | |

**Total amount of section i:** $ 2,254.00

**ii. Credit cards:** (List type of card and monthly payment)

| Card Name | Monthly Payment |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

**Total amount of section ii:** $ −0−

**iii. Financial Loans:** (List the financial institution and you monthly payment)

| Financial Name | Monthly Payment |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

**Total amount of section iii:** $ −0−

**TOTAL MONTHLY EXPENSES: (Add 9B (i+ii+iii) = Total Monthly Expenses)** $ 2,254.00

**10. Does anyone regularly help you pay your expenses?** _____ YES ____ NO

(a) If yes, state that person's name and relationship to you.

Name: _____ Relationship: _____

(b) Do you have any additional income or assets that are not shown above? _____ YES ____ NO

If you answered yes to either (a) or (b), please explain:

_____

_____

_____

**11. If you have an attorney, what arrangements have you made to pay your attorney's fee? What amount, if any, have you paid? (You are required to answer fully.)**

Proceeds from the CASE

_____

**12. Has your attorney or the Notary Public told you that you may go to jail if you intentionally give a false answer to any of the above questions?** _____ YES _____ NO

## MOVER'S AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF ST. LANDRY**

**BEFORE ME,** the undersigned authority personally came and appeared:

_Michael J. Campbell_

who after being duly sworn, deposed and said:

1. He/She provided the information above; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefore.

2. That the above information is a true and correct statement of his/her financial condition.

3. That the pleading and all allegations of fact therein are true and correct; and that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, not is he/she able to provide security therefore.

4. He/She has read and understands the privilege contained in the notice below.

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs, SHOULD JUDGMENT BE RENDERED   AGAINST YOU, YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.

The privilege to proceed *IN FORMA PAUPERIS* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding *in forma pauperis* if he/she is entitled to do so.

_____
Mover's Signature

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in Opelousas, Louisiana, this _13th_ day of _October_, 20 _20_.

_____
NOTARY PUBLIC

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. LANDRY

BEFORE ME, Notary, personally came and appeared _Lindsey Stanford_ ,

who, being duly sworn, deposed:

That he/she knows _Michael J. Campbell_ , the plaintiff in the above

and foregoing petition, and that he/she knows of plaintiff's financial condition and he/she firmly believes that the

plaintiff is unable to pay the costs of this case in advance or as they accrue, or to give bond for the payment of

these costs.

_____

AFFIANT

SWORN TO AND SUBSCRIBED before me, Notary, on this _13th_ day of

_October_ , 20 _20_ .

_____

NOTARY PUBLIC

MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner, Michael J. Campbell is a citizen of the State of Louisiana and desires to avail him/her of the benefits provided by law, especially the Louisiana Code of Civil Procedure, Articles 5181-5188, as amended, and begs leave of this court to proceed in forma pauperis.

Mover further alleges that he is without means to pay costs in this action, either in advance or as they accrue, or to furnish security therefore. See attached Facts Concerning Pauper.

WHEREFORE, PETITIONER PRAYS that this court allow him/her to proceed in forma pauperis as provided b the laws of the State of Louisiana.

Respectfully submitted,

_____
ALEX Z. STANFORD (Bar No. 35424)
P.O. Box 1237
535 South Court Street
Opelousas, Louisiana 70571-1237
(337) 948-4113
(337) 948-4182 (Fax)
ATTORNEYS FOR PETITIONER

## ORDER

Considering the foregoing Motion to Proceed in Forma Pauperis and attached Affidavits;

IT IS ORDERED that petitioner, Michael J. Campbell be and is hereby permitted to file all pleadings, and appear in and prosecute or defend this action without prior payment of costs or as they accrue, and without giving bond for costs, as provided by the laws of the State of Louisiana and particularly the Louisiana Code of Civil Procedure, Articles 5181-5188.

SIGNED this _____ day of _____, _____.

s

_____
DISTRICT JUDGE

EAST BATON ROUGE PARISH   C-701586
Filed Nov 16, 2020 1:10 PM   21/D
Deputy Clerk of Court
FAX Received Nov 12, 2020

| MICHAEL CAMPBELL | : | CIVIL DOCKET NO._____ |
| VS. | : | 19th JUDICIAL DISTRICT COURT |
| VERMA SYSTEMS INC ET AL | : | EAST BATON ROUGE PARISH, LOUISIANA |

## ORDER

Considering the foregoing Petition for Damages and attached affidavits;

It is ORDERED that plaintiff, MICHAEL CAMPBELL, be and is hereby permitted to prosecute this action under the provisions of the Louisiana Code of Civil Procedure, Articles 5181-5188.

SIGNED this _____ day of November 2020 at Baton Rouge, Louisiana.

**Judge Janice Clark 11/18/2020**
_____
DISTRICT JUDGE

EAST BATON ROUGE PARISH
Filed Nov 16, 2020 1:10 PM
Deputy Clerk of Court
FAX Received Nov 12, 2020

C-701586
21/D

| MICHAEL CAMPBELL | : | CIVIL DOCKET NO. **701586 DIV D** |
| VS. | : | 19th JUDICIAL DISTRICT COURT |
| VERMA SYSTEMS INC ET AL | : | EAST BATON ROUGE PARISH, LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, MICHAEL CAMPBELL, a person of the full age of majority and a resident of Iberia Parish, LA, who respectfully represents to the Court the following;

I.

Made defendants herein,

A.  VERMA SYSTEMS, INC., a local business authorized to do business in the state of Louisiana.

B.  XYZ INSURANCE COMPANY, a local or foreign business authorized to do business in the state of Louisiana.

II.

Plaintiff started his employment with defendant in August of 2018. A co-worker, Keri Seay, immediately expressed sexual interest in plaintiff. Plaintiff communicated to Ms. Seay that he was not interested in pursuing a romantic relationship with her.

III.

The flirting and advances from Ms. Seay did not stop, and upon learning from Ms. Seay that she worked closely with plaintiff's superiors in the company and that she had boasted to him about how she had someone fired who displeased her, plaintiff was fearful of retaliation and elected to not report the harassment to those same superiors.

IV.

In September of 2018, Ms. Seay texted plaintiff indicating her desire to be friends with benefits. Plaintiff asked for clarification, hoping his aloofness would communicate his lack of interest. It was unsuccessful.

V.

In October of 2018, Ms. Seay asked plaintiff to go to the movies. Given the fact that Ms. Seay had refused to pick up on plaintiff's lack of interest, plaintiff was put in a difficult situation. Rather than tell her explicitly no and risk her retaliating against him, plaintiff said yes.

## VI.

This motivated Ms. Seay to escalate her advances, and she repeatedly propositioned plaintiff for sex throughout the month of October, 2018.

## VII.

In November 2018, Donovan Mabile, the supervisor, called plaintiff into his office to talk about plaintiff's change in demeanor in the office. Out of fear of causing a problem with Ms. Seay, plaintiff denied the existence of any problems.        Shortly thereafter, plaintiff was demoted to engineer with the company due to the workload being slow.

## VIII.

The flirting and sexual advances continued on an almost daily basis until January 2019 when plaintiff started actively avoiding Ms. Seay and spending no additional time in the office than was necessary.

## IX.

By May of 2019, plaintiff was very disgruntled and felt like Ms. Seay was punishing him because he would not sleep with her.   On May 22, a secretary had threatened to report plaintiff to Ms. Seay in an attempt to manipulate him, for she knew about the ongoing harassment, and plaintiff responded sharply to her.  This secretary reported the incident to Donovan Mabile.

## X.

Between 2-3:00 pm on May 22, Aaron Glazer, the Vice President of the company, boasted to the office about how he had once again saved the day on a project.  No additional details were provided about this project.  Plaintiff responded to the boast by asking Mr. Glazer if he could work his magic on a stalled out project that had been stuck for a year.  This question angered Mr. Glazer.

## XI.

Once Mr. Mabile called plaintiff in for a meeting to discuss the incident with the secretary, around 3:30 pm on May 22. Plaintiff felt like he had no alternative but to disclose the entire situation to Mr. Mabile so that he could fully understand what had happened.  Mr. Mabile took the report of harassment and closed the meeting by telling plaintiff that his work product was good.  The meeting concluded around 4:00 pm.  By 4:15 pm, Mr. Glazer sends an email to Mr. Mabile indicating his desire to fire plaintiff.

XII.

Plaintiff was terminated on May 23, 2019, with poor work performance cited as the reason. This was given despite the lack of any work performance related write ups during plaintiff's time with defendant.

XIII.

Later on, after a claim was filed with the EEOC, Mr. Glazer gave as the reason for termination plaintiff's poor treatment of co-workers. Mr. Mabile denies talking to Mr. Glazer prior to the email being sent at 4:15, so there is no way that Mr. Glazer could have known about the incident with the secretary. It was discovered after plaintiff was terminated.

XIV.

Ms. Seay enjoyed a very close relationship with both Mr. Glazer and Mr. Mabile. In fact, on the day in question, May 22, Ms. Seay had gone to lunch with Mr. Mabile. They also would go on hunting/fishing trips together. Ms. Seay also boasted that she had slept with another co-worker despite being married, a service rep named David, as well as being responsible for another co-worker being terminated in early 2019, Angela Boudreaux. There is no question Ms. Seay enjoyed a unique position of control and influence at defendant.

XV.

Pursuant to the employee manual sexual harassment policy, employees are directed to report violation to their immediate supervisor, and this supervisor must immediately report the complaint to the president. In defendant's submission to the EEOC, they admitted to failing to follow these stated guidelines. The report of the violation was only made after plaintiff sent emails to other officers in the company.

XVI.

The lack of evidence to support defendant's claim of rightful termination along with their failure to follow their own mandatory reporting requirements creates a prima facie case that the decision to terminate plaintiff was instead controlled and influenced by defendant's desire to protect Ms. Seay. This is a violation of Title VII as well as state and federal whistleblower statutes.

XVII.

As a result of these wrongful actions, plaintiff suffered physical and financial injuries. Plaintiff has suffered mental anguish and traumatic stress about working around women. Plaintiff has also suffered loss of income, damage to his credit score, and is entitled to compensatory damages, punitive damages, and the recovery of reasonable attorney's fees.

XVIII.

Plaintiff was given the right to sue by the EEOC on August 13, 2020, and as a result this action is timely.

XIX.

Because of plaintiff's poverty and want of means, he is unable to pay the costs of this suit in advance or as they accrue, nor is able to furnish bond for said costs; therefore, plaintiff is entitled to prosecute this action under the provisions of the Louisiana Code of Civil Procedure, Articles 5181-5188.

WHEREFORE, PLAINTIFF PRAYS that defendants be served with a copy of this petition and, that after due proceedings had, that there be judgment rendered herein in favor of plaintiff, MICHAEL CAMPBELL, in amounts to be set by this Honorable Court, together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings.

PLAINTIFF FURTHER PRAYS that because of his poverty and want of means, he be permitted to prosecute this action under the provisions of the Louisiana Code of Civil Procedure, Articles 5181-5188.

Respectfully submitted,

STANFORD LAW FIRM LLC

BY: _____
Alex Z. Stanford (Bar No. 35424)
PO BOX 1237
535 South Court Street
Opelousas LA 70570
337-948-4113
337-948-4182 fax
alex@stanfordlegalfirm.com
ATTORNEY FOR PLAINTIFF
MICHAEL CAMPBELL

PLEASE SERVE DEFENDANTS:

VERMA SYSTEMS INC
(through its agent)
L. JOHN NAQUIN
8034 JEFFERSON HWY.
BATON ROUGE, LA 70809

EAST BATON ROUGE C-701586
Filed Nov 16, 2020 1:10 PM
Deputy Clerk of Court
FAX Received Nov 12, 2020
21/D

LOUISIANA CIVIL CASE REPORTING

Civil Case Cover Sheet - LA. R.S. 13:4688 and

Part G, Section 13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** MICHAEL CAMPBELL VS. VERMA SYSTEMS INC, ET AL

**Court:** 19ᵗʰ JDC   **Docket Number:** _____ **C-701586** _____

**Parish of Filing:** EAST BATON ROUGE PARISH   **Filing Date:** November 12, 2020

**Name of Lead Petitioner's Attorney:** Alex Z. Stanford

**Number of Named Petitioners:** 1   **Number of Named Defendants:** 2

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| ___ Auto: Personal Injury | ___ Auto: Property Damage |
| ___ Auto: Wrongful Death | ___ Auto: Uninsured Motorist |
| ___ Asbestos: Property Damage | ___ Asbestos: Personal Injury/Death |
| ___ Product Liability | ___ Premise Liability |
| ___ Intentional Bodily Injury | ___ Intentional Property Damage |
| ___ Intentional Wrongful Death | ___ Unfair Business Practice |
| ___ Business Tort | ___ Fraud |
| ___ Defamation | ___ Professional Negligence |
| ___ Environmental Tort | ___ Medical Malpractice |
| ___ Intellectual Property | ___ Toxic Tort |
| ___ Legal Malpractice | _X_ Other Tort (describe below) |
| ___ Other Professional Malpractice | ___ Class Action (nature of case) |
| ___ Maritime | |
| ___ Wrongful Death | |
| ___ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Please see Petition for Damages

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Stanford Law Firm   Signature _____
Address: P.O. Box 1237, Opelousas, Louisiana 70570   April M. Joseph, Paralegal to Stanford Law Firm
Phone Number: (337) 948-4113
Email Address: stanfordlawcorp@gmail.com

EAST BATON ROUGE PARISH   C-701586
Filed Nov 16, 2020 1:10 PM   21/D
Deputy Clerk of Court
FAX Received Nov 12, 2020



**STANFORD LAW FIRM**
**ATTORNEYS AT LAW**
**P.O. Box 1237**
**535 SOUTH COURT STREET**
**OPELOUSAS, LA 70571-1237**
**Telephone: (337) 948-4113**
**Fax: (337) 948-4182**
**Email:  Stanfordlawcorp@gmail.com**

November 12, 2020

**Via Fax: 225-389-3392**
**and U.S. Mail:**
19th Judicial District Court
300 North Blvd.
Baton Rouge, LA 70801

*Re:     Michael Campbell vs. Verma Systems Inc, Et Al*
*19th JDC, East Baton Parish*

Dear Sir:

Please file the enclosed Petition for Damages, into the court records and return a file-stamped copy of same to me. Also, please find attached In Forma Pauperis Affidavits.

Additionally, please have the defendants served according to the service instructions and advise me of the dates and types of service perfected.

Furthermore, the original Petition for Damages will follow by U.S. Mail.

Thanking you for your assistance herein and with kind regards, I remain

Very truly yours,

*ALEX Z. STANFORD*

AZS/amj
*Enclosures*

## RETURN COPY



**D5480785**

## CITATION

MICHAEL CAMPBELL
(Plaintiff)

VS

VERMA SYSTEMS INC, ET AL
(Defendant)

NUMBER C-701586   SEC. 21/D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   **VERMA SYSTEMS INC
(THROUGH ITS AGENT)
L. JOHN NAQUIN
8034 JEFFERSON HIGHWAY
BATON ROUGE, LA 70809**

GREETINGS:

Attached to this citation is a certified copy of the petition\*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **DECEMBER 7, 2020.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: STANFORD, ALEX

\*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the __9__ day of __Dec__, 20__20__ and on the __10__ day of __Dec__, 20__20__, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:      After diligent search and inquiry, was unable to find the within named __L. Naquin__ or his domicile, or anyone legally authorized to represent him. __Law firm moved from address__

RETURNED: Parish of East Baton Rouge, this __10__ day of __Dec__, 20__20__.

SERVICE:$_____
MILEAGES_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
DEC 09 2020
E.B.R. SHERIFF'S OFFICE

**RETURN COPY**



**D5480785**

# CITATION

**MICHAEL CAMPBELL**
(Plaintiff)

**VS**

**VERMA SYSTEMS INC, ET AL**
(Defendant)

**NUMBER C-701586   SEC. 21/D**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   VERMA SYSTEMS INC**
**(THROUGH ITS AGENT)**
**L. JOHN NAQUIN**
**8034 JEFFERSON HIGHWAY**
**BATON ROUGE,  LA 70809**

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **DECEMBER 7, 2020.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: STANFORD, ALEX**

*The following documents are attached:
**PETITION FOR DAMAGES**

| SERVICE INFORMATION: |
|---|

Received on the ___9___ day of ___Dec___, 20_20_ and on the ___10___ day of ___Dec___, 20 _20_, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:     After diligent search and inquiry, was unable to find the within named ___L. Naquin___ or his domicile, or anyone legally authorized to represent him. ___Law firm moved from address___

RETURNED: Parish of East Baton Rouge, this ___10___ day of ___Dec___, 20_20_.

_____
Deputy Sheriff
Parish of East Baton Rouge

SERVICE:$_____
MILEAGES_____
TOTAL:  $_____

**CITATION-2000**

RECEIVED
DEC 0 9 2020
E.B.R. SHERIFF'S OFFICE

EAST BATON ROUGE PARISH   C-701586
Filed Jan 06, 2021 9:59 AM   21/b
Deputy Clerk of Court

| MICHAEL CAMPBELL | : | CIVIL DOCKET NO: C-701586 |
| VS | : | 19th JUDICIAL DISTRICT COURT |
| VERMA SYSTEMS, INC., ET AL | : | EAST BATON ROUGE PARISH, LOUISIANA |

## MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

ON MOTION of *ALEX Z. STANFORD*, and upon suggesting to the Court that he desires to withdraw as counsel of record for *MICHAEL CAMPBELL*, hereinafter referred to as "client", in the above captioned and numbered proceeding, and who on further suggesting to the Court:

1.

He has notified the client in writing at least ten (10) days prior to filing this Motion.

2.

He seeks ex parte withdrawal for the following reason(s):

1. He has a conflict of interest in the matter pursuant to the Rules of Professional Conduct 1.16(b)(4).

3.

He certifies that there are no hearings or trials currently scheduled in this matter.

4.

The last known street address and mailing address of the client is:

702 West St. Peter Street, New Iberia, LA 70560;

P.O. Box 82432, Lafayette, LA 70598

5.

There is no scheduling order in effect for this matter.

6.

Counsel for the opposing party, *JENNIFER HATAWAY*, has been contacted and has no opposition to the withdrawal.

Accordingly, it is ORDERED that *ALEX Z. STANFORD* be and he is hereby allowed to withdraw as counsel of record for *MICHAEL CAMPBELL* and his name is hereby stricken as counsel of record in the above captioned and numbered matter.

READ AND SIGNED this **09** day of ___**February**___, 20**21** in BATON ROUGE, LOUISIANA.

_____
Honorable Ronald R. Johnson
DISTRICT JUDGE

Respectfully submitted,

_____
ALEX Z. STANFORD (#35424)
P.O. Box 1237
535 South Court Street
Opelousas, LA 70571
(T) 337-948-4113
(F) 337-948-4182
alex@stanfordlegalfirm.com
ATTORNEY FOR MOVER

**CERTIFICATE**

I do hereby certify that a copy of the foregoing pleading has been sent to all counsel of record/self-represented parties via electronic mail, on this 15ᵗʰ day of December, 2020.

_____
ALEX Z. STANFORD

EAST BATON ROUGE PARISH
Filed Jan 06, 2021 9:59 AM
Deputy Clerk of Court
C-701586
21/D
-RLB    Document 1-2    05/12/21    Page 33 of 40

# STANFORD LAW FIRM

ATTORNEYS AT LAW
P.O. BOX 1237
535 SOUTH COURT STREET
OPELOUSAS, LOUISIANA 70571-1237
Telephone: (337) 948-4113
Fax: (337) 948-4182

---

Alex Z. Stanford

December 28, 2020

**VIA USMAIL:**
East Baton Rouge Parish Clerk of Court
P.O. Box 1991
Baton Rouge, LA 70821

> *RE:    Docket No. C-701586*
> *Michael Campbell vs. Verma Systems, Inc, et al*

Dear Clerk:

Enclosed, please find our office's Motion to Withdraw as Counsel. Please file this into the record and return to my office a stamped copy of same.

Our client is filing under a pauper status, but should this filing require additional deposit, please return to my office an invoice to be paid promptly.

Should you have any questions or concerns, please feel free to contact my office.

Very truly yours,

Alex Z. Stanford

AZS/lms

MICHAEL CAMPBELL                    CIVIL DOCKET NO. 701586 DIV D

VS.                                19th JUDICIAL DISTRICT COURT

VERMA SYSTEMS, INC. ET. AL.        EAST BATON ROUGE PARISH,

                                   LOUISIANA

FILED:_____              _____
                                            DEPUTY CLERK

### MOTION TO ENROLL AS COUNSEL OF RECORD

NOW COMES plaintiff, MICHAEL CAMPBELL, through undersigned coun-

sel, who moves the court for an order allowing DEIDRE K. PETERSON, attorney at law

to enroll as counsel of record in this matter.

WHEREFORE, the plaintiff prays that DEIDRE K. PETERSON be allowed to

enroll as counsel of record.

                                   RESPECTFULLY SUBMITTED:

                                   _____
                                   Deidre K. Peterson, LSBN 28823
                                   PETERSON LAW FIRM
                                   102 Brunswick Court
                                   New Orleans, La 70131
                                   Attorney for Plaintiff

### ORDER

IT IS ORDERED that DEIDRE K. PETERSON, attorney at law be allowed

to enroll as counsel of record for MICHAEL CAMPBELL in this matter.

Dated at BATON ROUGE, La., this   04   day of   February   , 2021.

                                   _____
                                   JUDGE
                                   Honorable Ronald R. Johnson

## PETERSON  LAW  FIRM  L. L. C.
102 Brunswick Court
New Orleans, Louisiana 70131
Tel: 504-439-6240

January 27, 2021

Clerk,
19th Judicial District Court
East Baton Rouge  Parish
300 North Boulevard
Baton Rouge, La  70801

Re:  Michael Campbell v. Verma  Systems, Inc. et. Al
     Case No.:  701586, Div. D

Dear  Sir :

Enclosed, please  find for filing Motion To Enroll As  Counsel of  Record in the above-
referenced  matter. Please  re-issue service to defendant's agent  for  service  of  process
As  follows:

        VERMA  SYSTEMS, INC. c/o
        MICHELLE  VERMA, agent for service  of  process
        4111 S. Sherwood Forest Blvd.
        Baton Rouge, La 70816

Please send me a conformed copy of the Motion To Enroll after it is signed  and proof of
Service  upon the  agent  for service of process.

Thank you for your attention to  this matter.

Sincerely,

Deidre K. Peterson,
Attorney at Law

**SERVICE COPY**



**D5871736**

## CITATION

MICHAEL CAMPBELL
(Plaintiff)

**VS**

VERMA SYSTEMS INC, ET AL
(Defendant)

NUMBER C-701586  SEC. 21

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  VERMA SYSTEMS INC
     THROUGH MICHELLE VERMA AGENT
     S. SHERWOOD FOREST BLVD.
     BATON ROUGE, LA

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 4, 2021.**

*Julia Gray*

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: PETERSON, DEIDRE K
                     504 3614189

*The following documents are attached:
**PETITION FOR DAMAGES**
_____
                          **SERVICE INFORMATION:**

Received on the _6_ day of _Feb_, 20_20_ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named _Michelle Verma_ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _6_ day of _Feb_, 20_21_.

SERVICE:$_____           _S. Denson # 1006_
MILEAGE$_____                   Deputy Sheriff
TOTAL:  $_____           Parish of East Baton Rouge

**CITATION-2000**

*UTL - Need a complete address to attempt service.*

**SERVICE COPY**



**D5871736**

## CITATION

**MICHAEL CAMPBELL**
(Plaintiff)

**VS**

**VERMA SYSTEMS INC, ET AL**
(Defendant)

**NUMBER C-701586   SEC. 21**

**19ᵗʰ JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:  **VERMA SYSTEMS INC**
     **THROUGH MICHELLE VERMA AGENT**
     **S. SHERWOOD FOREST BLVD.**
     **BATON ROUGE, LA**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 4, 2021.**

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: PETERSON, DEIDRE K
                     504 3614189

↓The following documents are attached:
**PETITION FOR DAMAGES**

| SERVICE INFORMATION: |
|---|

Received on the __6__ day of __Feb__, 20 _20_ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:    After diligent search and inquiry, was unable to find the within named _Michelle Verma_ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this __6__ day of __Feb__, 20_21_.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

S. Denson # 1006
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

*UTL - Need a complete address
to attempt service.*

# PETERSON LAW FIRM L. L. C.

102 Brunswick Court
New Orleans, Louisiana 70131
Tel: 504-439-6240

April 16, 2021

Clerk,
19th Judicial District Court
East Baton Rouge Parish
300 North Boulevard
Baton Rouge, La 70801

Re: Michael Campbell v. Verma Systems, Inc. et. Al
    Case No.: 701586, Div. D

Dear Sir :

Please re-issue service to defendant's attorney of record as follows:

VERMA SYSTEMS, INC. c/o
JENNIFER AARON HATAWAY, ESQ.
Butler Snow, LLP
City Plaza
445 North Boulevard, Suite 300
Baton Rouge, La 70802

Please send me proof of service upon the attorney for VERMA SYSTEMS, INC.

Thank you for your attention to this matter.

Sincerely,

Deidre K. Peterson,
Attorney at Law

**RETURN COPY**



**D6429385**

## CITATION

**MICHAEL CAMPBELL**
(Plaintiff)

**VS**

**VERMA SYSTEMS INC, ET AL**
(Defendant)

**NUMBER C-701586   SEC. 21**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   VERMA SYSTEMS INC
   JENNIFER AARON HATAWAY, ESQ. BUTLER SNOW, LLP
   CITY PLAZA, 445 NORTH BOULEVARD, SUTIE 300
   BATON ROUGE,  LA 70802

GREETINGS:

   Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

   You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

   This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 20, 2021.**



*Myrikle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: PETERSON, DEIDRE K**
      **504 3614189**

*The following documents are attached:
**PETITION FOR DAMAGES**
_____
         **SERVICE INFORMATION:**
Received on the ____ day of _____, 20 __ and on the ____ day of _____, 20 __, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____ __

SERVICE:$_____
MILEAGES_____
TOTAL:  $_____
        Deputy Sheriff
       Parish of East Baton Rouge

         **CITATION-2000**

RECEIVED
DATE

APR 2 7 2021

E.B.R. Sheriff Office

**RETURN COPY**



D6429385

# CITATION

MICHAEL CAMPBELL
(Plaintiff)

VS

VERMA SYSTEMS INC, ET AL
(Defendant)

NUMBER C-701586   SEC. 21

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   VERMA SYSTEMS INC
      JENNIFER AARON HATAWAY, ESQ. BUTLER SNOW, LLP
      CITY PLAZA, 445 NORTH BOULEVARD, SUTIE 300
      BATON ROUGE,  LA 70802

GREETINGS:

        Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

        You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

        This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 20, 2021.**

                                          *Myrihle Rosette*

                                          *Deputy Clerk of Court for*
                                          **Doug Welborn, Clerk of Court**

Requesting Attorney: PETERSON, DEIDRE K
                     504 3614189

*The following documents are attached:
PETITION FOR DAMAGES

SERVICE INFORMATION:

Received on the ___ day of ___, 20 ___ and on the ___ day of ___, 20 ___, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at ___

DOMICILIARY SERVICE: On the within named ___, by leaving the same at his domicile in this parish in the hands of ___, a person of suitable age and discretion residing in the said domicile at ___.

SECRETARY OF STATE: By tendering same to the within named, by handing same to ___.

DUE AND DILIGENT:   After diligent search and inquiry, was unable to find the within named ___ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this ___ day of ___, 20 ___

SERVICE:$ ___
MILEAGE$ ___
TOTAL:  $ ___

                              Deputy Sheriff
                              Parish of East Baton Rouge

                                          RECEIVED
                                          DATE

                    CITATION-2000

                                          APR 27 2021

                                          E.B.R. Sheriff Office